```
 1
 2
 3
 4
 5
 6
 7
 8                          IN THE UNITED STATES DISTRICT COURT
 9                        FOR THE EASTERN DISTRICT OF CALIFORNIA
10   JAMES JENNINGS,
11          Plaintiff,                    No. CIV S-06-2476 LKK DAD P
12      vs.
13   T. SCHWARTZ, et al.,
14          Defendants.                   ORDER
15   _____/
```

16   Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983. Plaintiff has not paid the required filing fee of $350.00 or submitted an

18   application to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a) & 1915(a). Plaintiff will be

19   granted thirty days to pay the fee or file an in forma pauperis application. An appropriate

20   application form will be provided with this order.

21   In accordance with the above, IT IS ORDERED that:

22   1. Plaintiff shall submit, within thirty days from the date of this order, the filing

23   fee or an application to proceed in forma pauperis on the form provided with this order or any

24   form that provides all necessary information; plaintiff's failure to comply with this order will

25   result in a recommendation that this action be dismissed; and

26   /////

1

2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action.

DATED: November 15, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
jenn2476.3a