IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES JENNINGS,

      Plaintiff,                  No. CIV S-06-2476 LKK DAD P

   vs.

T. SCHWARTZ, et al.,

      Defendants.         ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the required filing fee of $350.00 or submitted an application to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a) & 1915(a). Plaintiff will be granted thirty days to pay the fee or file an in forma pauperis application. An appropriate application form will be provided with this order.

      In accordance with the above, IT IS ORDERED that:

      1. Plaintiff shall submit, within thirty days from the date of this order, the filing fee or an application to proceed in forma pauperis on the form provided with this order or any form that provides all necessary information; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

/////

1

1    2.  The Clerk of the Court is directed to send plaintiff an Application to Proceed
2 In Forma Pauperis By a Prisoner for use in a civil rights action.
3 DATED: November 15, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
jenn2476.3a