IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES JENNINGS,

      Plaintiff,                           No. CIV S-06-2476 LKK DAD P

   vs.

T. SCHWARTZ, et al.,

      Defendants.             ORDER

_____/

       Plaintiff has requested an extension of time to object to the order filed by the undersigned on December 28, 2006. Plaintiff states in error that the order dismissed seven of his eight claims. In the December 28, 2006 order the undersigned determined that plaintiff's complaint states an Eighth Amendment claim against defendant Kofoed but fails to state any claim against seven other defendants. No findings and recommendations have been issued.

       Plaintiff may request reconsideration of the December 28, 2006 order pursuant to Local Rule 72-303, which provides as follows:

> (b) **Finality.** Rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten (10) court days calculated from the date of service of the ruling on the parties, see Fed. R. Civ. P. 6(a), (e); Fed. R. Crim. P. 45(a), (e), unless a different time is prescribed by the Magistrate Judge or the Judge.

1

      (c) **Reconsideration by a District Judge.** A party seeking reconsideration of the Magistrate Judge's ruling shall file a request for reconsideration by a Judge . . . . Such request shall specifically designate the ruling, or part thereof, objected to and the basis for that objection. This request shall be captioned "Request for Reconsideration by the District Court of Magistrate Judge's Ruling."

Local Rule 72-303(b) and (c).

      Plaintiff will be granted an extension of time to seek reconsideration by the district judge. Plaintiff is also informed that he has a right to amend his complaint once as a matter of course before a responsive pleading is filed by any defendant. See Fed. R. Civ. P. 15.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Plaintiff's January 23, 2007 request for an extension of time is granted; and

      2. Plaintiff is granted an extension of time to March 5, 2007, to file one of the following: (1) a request for reconsideration by the district judge of the order filed December 28, 2006; (2) an amended complaint; or (3) a notice of submission of documents with the documents required for service of Dr. Kofoed pursuant to the December 28, 2006 order. Failure to comply with this order in a timely manner will result in recommendation that this action be dismissed for lack of prosecution.

DATED: January 29, 2007.

      */s/ Dale A. Drozd*
      DALE A. DROZD
      UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
jenn2476.36

2