IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES JENNINGS,

      Plaintiff,                      No. CIV S-06-2476 LKK DAD P

   vs.

T. SCHWARTZ, et al.,

      Defendants.           ORDER

_____/

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action. On February 9, 2007, the court ordered the United States Marshal to serve the complaint on one defendant. The Marshal was unable to effect service on defendant Kofoed because of no address in CDC locator.

      If plaintiff wishes to proceed with his claims against defendant Kofoed, plaintiff must provide additional information that will enable the United States Marshal to serve this defendant. Plaintiff shall promptly seek such information through any means available to him.

      Plaintiff is cautioned that when service of a complaint is not made upon a defendant within 120 days after the complaint was filed, the court may be required to dismiss the plaintiff's claims against that defendant. See Fed. R. Civ. P. 4(m).

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff one summons, one USM-285 form, an instruction sheet, and a copy of the complaint filed November 7, 2006;

2. Within sixty days from the date of this order, plaintiff shall either complete the attached Notice of Submission of Documents and submit it to the court with the documents listed below, or plaintiff shall show good cause why he cannot provide the required information and documents:

    a. One completed USM-285 form for defendant Kofoed;

    b. Two copies of the endorsed complaint filed November 7, 2006; and

    c. One completed summons form.

DATED: April 24, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp
jenn2476.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES JENNINGS,

      Plaintiff,                    No. CIV S-06-2476 LKK DAD P

    vs.

T. SCHWARTZ, et al.,            NOTICE OF SUBMISSION

      Defendants.              OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      __1__ one completed summons form;

      __1__ one completed USM-285 form; and

      __2__ two true and exact copies of the complaint filed November 7, 2006.

DATED: _____.

                                                                 Plaintiff