IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES JENNINGS,

      Plaintiff,                      No. CIV-S-06-2476 ALA P

    vs.

THERESA SCHWARTZ, et al.,

      Defendants.           <u>ORDER</u>

_____/

      Plaintiff James Jennings is a state prisoner proceeding pro se and informa pauperis. On May 8, 2007, plaintiff filed a complaint seeking relief pursuant to 42 U.S.C. § 1983. On January 30, 2008, this court screened that complaint and found that plaintiff has stated a colorable claim for relief against defendants Andreasen, Bick, and Kofed, but not with respect to defendant Sawicki.

      Plaintiff was given thirty-five days to file an amended complaint. Plaintiff has not done so. Therefore, defendant Sawicki is dismissed from this action. Plaintiff will proceed against defendants Andreasen, Bick, and Kofed.

      Accordingly, IT IS HEREBY ORDERED that:

          1. Service is appropriate for the following defendants:

              a. Andreasen

        b.  Bick

        c.  Kofed

    2.  The Clerk of the Court shall send plaintiff 3 USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed May 8, 2007.

    3.  Within thirty-five (35) days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

        a.  The completed Notice of Submission of Documents;

        b.  One completed summons;

        c.  One completed USM-285 form for each defendant listed in number 3 above; and

        d.  4 copies of the endorsed complaint filed May 8, 2007.

    4.  Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

    5.  Defendant Sawicki is dismissed from this action.

/////

DATED: March 21, 2008

                                      /s/ Arthur L. Alarcón
                                      UNITED STATES CIRCUIT  JUDGE
                                      Sitting by Designation

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES JENNINGS,

        Plaintiff,                      No. CIV-S-06-2476 ALA P

    vs.

THERESA SCHWARTZ, et al.,

        Defendants.              <u>NOTICE OF SUBMISSION</u>

                                             <u>OF DOCUMENTS</u>

_____/

       Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

            _____        completed summons form

            _____        completed USM-285 forms

            _____        copies of the _____
                                         Complaint/Amended Complaint

DATED:

                                                 _____
                                                 Plaintiff