IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES JENNINGS,

      Plaintiff,                    Case No.2:06-cv-02476 ALA (P)

   vs.

THERESA SCHWARTZ, et al.,

      Defendants.            <u>ORDER</u>

_____/

      Plaintiff James Jennings is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff also proceeds *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 5).

      Pursuant to 28 U.S.C. § 1915A(a), this Court screened Plaintiff's complaint and determined that Plaintiff presented colorable claims as to Defendants Andreasen, Bick and Kofed. (Doc. 19). Those defendants have been served and have submitted waivers of service acknowledging that their response to Plaintiff's complaint was due "within 60 days after 9/5/2008." (Doc. 22). Defendants have not filed a timely response to Plaintiff's complaint. Defendants are hereby ordered to file a response, on or before December 3, 2008. In the alternative, Defendants are ordered to show cause why a default judgment should not be entered against them for failure to file a timely response to the complaint in this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants are hereby ordered to file a response, on or before December 3, 2008, to Plaintiff's complaint;

2. In the alternative, Defendants are ordered to show cause why a default judgment should not be entered against them for failure to file a timely response to the complaint in this action, on or before December 3, 2008.

DATED: November 13, 2008

/////

          /s/ Arthur L. Alarcón
          UNITED STATES CIRCUIT JUDGE
          Sitting by Designation