IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES JENNINGS,

    Plaintiff,                    Case No. 2:06-cv-02476 ALA (P)

    vs.

THERESA SCHWARTZ, et al.,

    Defendants.             ORDER

_____/

    Plaintiff James Jennings ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis. He seeks relief pursuant to 42 U.S.C. § 1983.

    On September 4, 2008, this Court directed the United States Marshal to serve process on Defendants Andreasen, Bick and Koefed. (Doc. 21). The United States Marshal mailed a waiver of service to each defendant on September 5, 2008. (Doc. 22). Defendants Andreasen, Bick and Koefed's waivers of service were executed and filed on November 7, 2008. *Id*. Attorney James W. Walter ("Walter") signed each waiver "as Counsel for Defendants of Office of the Attorney General." *Id*.

    Defendants failed to respond to Plaintiff's Complaint within sixty days. *Id*. On November 13, 2008, this Court ordered Defendants to respond to Plaintiff's Complaint by December 3, 2008, or to show cause why an entry of default should not be entered against them.

(Doc. 23). On November 13, 2008, Walter filed an Answer on behalf of Defendants Bick and Koefed . (Doc. 24). To date, neither Walter or Defendant Andreasen has filed a response to Plaintiff's Complaint, or an explanation for Defendant Andreasen's failure to do so. (Doc. 23).

Accordingly, IT IS HEREBY ORDERED that James W. Walter, Deputy Attorney General, report the following to this Court on or before December 18, 2008:

1. Whether James W. Walter represents Defendant Andreasen in the instant action;

2. Whether James W. Walter has informed Defendant Andreasen that he signed a waiver of service on his behalf; and

3. Whether Defendant Andreasen has actual notice of the instant action.

/////

DATED: December 12, 2008

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT  JUDGE
Sitting by Designation