IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES JENNINGS,

      Plaintiff,                     Case No. 2:06-cv-02476 ALA (P)

    vs.

THERESA SCHWARTZ, et al.,

      Defendants.                **REVISED SCHEDULING ORDER**

_____/

      On January 8, 2009, this Court issued a discovery and scheduling order (Doc. 28) setting this matter for jury trial on June 23, 2009. Due to a scheduling conflict on the Court's calendar, the trial date in this matter is hereby REVISED to June 10, 2009. All other due dates and deadlines in the Court's scheduling order of January 8, 2009 shall remain unchanged.

      Accordingly, it is HEREBY ORDERED that this matter is set for jury trial before the Honorable Arthur L. Alarcón on **June 10, 2009** at 9:00 a.m. in Courtroom 3 on the 15th floor.

/////

DATED: January 27, 2009

                                         /s/ Arthur L. Alarcón
                                         UNITED STATES CIRCUIT JUDGE
                                         Sitting by Designation