IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES JENNINGS,

        Plaintiff,                    Case No. 2:06-cv-02476 ALA (P)

     vs.

THERESA SCHWARTZ, et al.,

        Defendants.            **ORDER**

_____/

      James Jennings ("Plaintiff") is a state prisoner in this civil rights action filed pursuant to 42 U.S.C. § 1983, proceeding *pro se* and *in forma pauperis* pursuant to 28 U.S.C. § 1915. On February 23, 2009, Plaintiff filed a request for an extension of time to produce documents requested by Defendants, on the ground that he has limited access to the prison law library where he must do the legal research necessary to prepare his responses. (Doc. 32).

      Accordingly, IT IS HEREBY ORDERED that:

      1.    Defendants are hereby ORDERED to respond to Plaintiff's request for an extension of time on or before Tuesday, March 3, 2009.

      2.    In their response, Defendants are directed:

            a) to identify which documents identified in their requests for production of documents, if any, are likely to be within the custody and control of CDCR, or another state entity;

/////

b) to identify who, within the CDCR, or other state entity, are the proper custodians of such records, if that information is known to, or easily discoverable by, Defendants;

c) to address the issue whether the issuance of non-party subpoenas will be necessary to affect the production of the documents Defendants are requesting, and bring about the occurrence of timely discovery in this civil rights case; and,

d) to indicate whether there is any objection to the extension requested by Plaintiff.

/////

DATED: February 24, 2009

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT  JUDGE
Sitting by Designation