IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES JENNINGS,

    Plaintiff,                      Case No. 2:06-cv-02476 ALA (P)

vs.

THERESA SCHWARTZ, et al.,

    Defendants.                 <u>ORDER</u>

_____/

      On April 28, 2009, Defendants J. Kofed, M.D., R. Andreasen, M.D., and J. Bick, M.D. ("Defendants") filed a motion to amend the scheduling order, dated January 8, 2009, that required the parties to file dispositive motions on or before April 28, 2009. (Doc. 37). Defendants request an additional fourteen days to file a summary judgment motion because "[t]he California Medical Facility state prison (CMF) could not copy medical records of plaintiff James Jennings and deliver them to counsel for defendant[s] until April 20, 2009. The records consist of 5 large volumes of record and many pages are hand-written and difficult to read." (*Id.*).

      Good cause appearing, this Court HEREBY ORDERS that:

      1. The parties may file a motion for summary judgment on or before May 4, 2009;

      2. In the event a motion for summary judgment is filed, the responding party shall file an

opposition or a statement of no opposition on or before May 25, 2009; and

3. The remaining deadlines set forth in the scheduling order, dated January 8, 2009, shall remain unaffected by this amendment.

/////

DATED: April 29, 2009

           /s/ Arthur L. Alarcón
           UNITED STATES CIRCUIT JUDGE
           Sitting by Designation