IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES JENNINGS,

    Plaintiff,                      Case No. 2:06-cv-02476 ALA (P)

    vs.

THERESA SCHWARTZ, et al.,

    Defendants.            **ORDER**

_____/

On May 27, 2009, this Court vacated its revised scheduling order, (Doc. 31), which ordered that this matter be set for jury trial on June 10, 2009. (Doc. 43).

Accordingly, IT IS HEREBY ORDERED that:

1. This Court's order and writ of habeas corpus ad testificandum, dated May 14, 2009, (Doc. 40), requiring the Warden of the California Medical Facility produce Plaintiff James Jennings at the June 10, 2009, jury trial, be VACATED; and

2. The Clerk of Court fax this order to the Warden at the California Medical Facility.

/////

DATED: May 27, 2009

                                         /s/ Arthur L. Alarcón
                                         UNITED STATES CIRCUIT JUDGE
                                         Sitting by Designation