IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES JENNINGS,

          Plaintiff,               Case No. 2:06-cv-02476 ALA (P)

    vs.

THERESA SCHWARTZ, et al.,

          Defendants.        <u>ORDER</u>

_____/

      On June 9, 2009, Plaintiff filed a motion for an extension of time to respond to Defendants' motion for summary judgment.  (Doc. 46).  As per this Court's order, Plaintiff's opposition was due on June 8, 2009.  (Doc. 43).

      Plaintiff's motion for an extension of time is hereby GRANTED.  Accordingly, IT IS HEREBY ORDERED that:

    1.   Plaintiff's opposition to the motion for summary judgment shall be filed on or before July 3, 2009;

    2.   Defendants may file a reply on or before July 7, 2009;

    3.   The jury trial currently scheduled for July 7, 2009 is hereby vacated and this matter is now set for jury trial before the Honorable Arthur L. Alarcón on **July 13, 2009,** at 1:30 p.m. in Courtroom 3 on the 15th floor;

4.   All other dates in this Court's order dated May 28, 2009 (doc. 43) remain in effect.

/////

DATED:        June 9, 2009

                                        /s/ Arthur L. Alarcón
                                        UNITED STATES CIRCUIT  JUDGE
                                        Sitting by Designation