IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES JENNINGS,

    Plaintiff,     Case No. 2:06-cv-02476 ALA (P)

    vs.

THERESA SCHWARTZ, et al.,

    Defendants.     <u>ORDER</u>

_____/

    On June 9, 2009, this Court vacated the trial date set in its revised scheduling order dated May 28, 2009 (doc. 43), which ordered that this matter be set for jury trial on July 7, 2009.

    Accordingly, IT IS HEREBY ORDERED that:

1. This Court's order and writ of habeas corpus ad testificandum, dated May 28, 2009, (Doc. 45), requiring the Warden of the California Medical Facility produce Plaintiff James Jennings at the July 7, 2009 jury trial, be VACATED; and

2. The Clerk of Court fax this order to the Warden at the California Medical Facility.

/////

DATED:    June 9, 2009

                                        /s/ Arthur L. Alarcón
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation