**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES JENNINGS, | Case No. 2:06-cv-02476 ALA (P) |
|       Plaintiff, | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATE JAMES JENNINGS, CDCR #D-21085** |
| vs. | |
| THERESA SCHWARTZ, et al., | |
|       Defendants. | DATE: July 13, 2009 |
| | TIME: 1:00 p.m. |
| _____/ | LOCATION: Courtroom #3, 15th Floor |

     Plaintiff, **JAMES JENNINGS**, inmate CDC# D-21085, a necessary and material party in proceedings in this case on July 13, 2009, is confined at the California Medical Facility, 1600 California Drive, Vacaville, California, in custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Courtroom #3, 15th Floor, United States Courthouse, 501 "I" Street, Sacramento, California on July 13, 2009, at 1:00 p.m.

**ACCORDINGLY, IT IS ORDERED** that:

     1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden of the California Medical Facility to produce the inmate named above to appear before United States Circuit Judge Arthur L. Alarcón, sitting by designation in the Eastern District of California, at the time and place above, and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation;

     2. This writ is to be faxed to the Warden at the California Medical Facility;

     3. The custodian is ordered to notify the court immediately of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this order; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of the California Medical Facility:**

     **WE COMMAND** you to produce the inmate named above to appear before United States Circuit Judge Arthur L. Alarcón, sitting by designation in the Eastern District of California, at the time and place above, and thereafter to return the inmate to the above institution, or other institution as deemed appropriate by the California Department of Corrections and Rehabilitation.



     **FURTHER**, you have been ordered to notify the court immediately of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:    June 9, 2009          /s/ Arthur L. Alarcón
                                               UNITED STATES CIRCUIT JUDGE
                                             Sitting by Designation