IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES JENNINGS,

       Plaintiff,                     Case No. 2:06-cv-02476 ALA (P)

    vs.

THERESA SCHWARTZ, et al.,

       Defendants.              <u>ORDER</u>

       On June 12, 2009, Defendants filed a request for modification of the Court's June 9, 2009 order (doc. 47). (Doc. 50) Defendant's motion for modification of the order is hereby GRANTED. Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's opposition to the motion for summary judgment shall be filed on or before July 2, 2009;

2. Defendants may file a reply on or before July 7, 2009;

3. The jury trial is set for jury trial before the Honorable Arthur L. Alarcón on **July 13, 2009,** at 1:30 p.m. in Courtroom 3 on the 15th floor;

4. All other dates in this Court's order dated May 28, 2009 (doc. 43) remain in effect.

DATED:     June 15, 2009                        /s/ Arthur L. Alarcón
                                                       UNITED STATES CIRCUIT JUDGE
                                                       Sitting by Designation