IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES JENNINGS,

    Plaintiff,                    Case No. 2:06-cv-02476 ALA (P)

    vs.

THERESA SCHWARTZ, et al.,

    Defendants.               ORDER

_____/

    On July 8, 2009, this Court granted summary judgment, vacating the trial date set in its June 9, 2009 order (doc. 47), which ordered that this matter be set for jury trial on July 13, 2009.

    Accordingly, IT IS HEREBY ORDERED that:

1. This Court's order and writ of habeas corpus ad testificandum, dated June 9, 2009, (Doc. 49), requiring the Warden of the California Medical Facility produce Plaintiff James Jennings at the July 13, 2009 jury trial, be VACATED; and

2. The Clerk of Court fax this order to the Warden at the California Medical Facility.

/////

DATED:    July 8, 2009

                                            /s/ Arthur L. Alarcón
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation